10-12-258-CR

cpm 645

11-29-2016

I would like to request all of my transcripts from my Trial back in 2012, in the 14th (LIN) District Court Room, where the Sitting Judge was the Honorable Judge Ralph Strother. My name is Leonard Trey Nino, D.O.B is August 13th, 1993. TDCJ#: 1792015. I am Currently Residing at 15845 Fm 164, Childress, TX. 79201.

Thank You for your time and your consideration.

Sincerely, Leonard Trey Nino.

x Leonard Trey Nino

RECEIVED
DEC 0 5 2016
COURT OF APPEALS
WACO, TEXAS

Original copy.

Certificate of service          11-29-2016

This is to certify that a true and correct copy of the above was served by the United States postal service to the McLennan County courthouse.

x Leonard Trey Nino

Leonard Trey Nino 1792015
Roach Unit - 15345 Fm 164
Childress, TX. 79201



AMARILLO TX 791

01 DEC 2015 PM 11

RECEIVED

DEC 0 5 2015

COURT OF APPEALS
WACO, TEXAS

legal

McLennan County Clerk
Shari Roessler
501 Washington Avenue Rm 415
Waco, Texas. 76701

76701814300 CO98